able within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–821. In re Disbarment of Elliott. It is ordered that Alfred Elliott, of Overland Park, Kan., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–822. In re Disbarment of Masters. It is ordered that Alan Masters, of Summit, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–823. In re Disbarment of Winter. It is ordered that Edward John Winter, Jr., of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–824. In re Disbarment of Hopp. It is ordered that Kenneth H. Hopp, of Yucaipa, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–825. In re Disbarment of Koslow. It is ordered that David Solomon Koslow, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–826. In re Disbarment of Rudd. It is ordered that Leon J. Rudd, of Boca Raton, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–827. In re Disbarment of Coghlan. It is ordered that John P. Coghlan, Jr., of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.